**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE**<br>MDD_SAGchambers@mdd.uscourts.gov | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780** |

June 22, 2023

LETTER TO COUNSEL

    Re:  <u>U.S.A. v. Daniel Williams</u>
           Criminal Case No. SAG-19-0486

Dear Counsel:

    This is to confirm that the retrial of this case has been scheduled to commence on **February 5, 2024** at **9:30 a.m.** The 10-day jury trial shall be continuous including Fridays. Any supplements to the joint voir dire, verdict sheet, and jury instructions are due by **December 22, 2023**. An in-person pretrial conference has been set for **January 19, 2024** at **9:30 a.m**.

    Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                            Sincerely yours,

                                            /s/

                                            Stephanie A. Gallagher
                                            United States District Judge